IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ONELIO RODRIGUEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-1282-C |
| | ) | |
| H.A. LEDEZMNA, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

O R D E R

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on January 3, 2011 (Dkt. No. 10). The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and Petitioner's motions to proceed in forma pauperis (Dkt. Nos. 2 & 7) are denied as moot.

IT IS SO ORDERED this 27th day of January, 2011.

ROBIN J. CAUTHRON
United States District Judge