## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

ONELIO RODRIGUEZ,       )
      )
      Petitioner,       )
      )
      vs.       )       No. CIV-10-1282-C
      )
H. A. LEDEZMA, WARDEN,       )
      )
      Respondent.       )

### ORDER ADOPTING REPORTS AND RECOMMENDATION

This matter is before the Court on the Reports and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on March 30 and April 6, 2011. The court file reflects that no party has objected to the Reports and Recommendation within the time limits prescribed. Therefore, the Court adopts the Reports and Recommendation in their entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. Nos. 26 & 27) are adopted and Respondent's Motion to Dismiss (Dkt. No. 19), which is treated as a motion for summary judgment, is GRANTED. Petitioner's Summary Judgment in Favor of Petitioner Under Fed. R. Civ. P. 56 (Dkt. No. 23) and Respondent's Motion to Strike Petitioner's Motion for Summary Judgment (Dkt. No. 24) are denied.

IT IS SO ORDERED this 26th day of April, 2011.

ROBIN J. CAUTHRON
United States District Judge